# MAZZOLA LINDSTROM LLP

Ruofei Xiang
RUOFEI@MAZZOLALINDSTROM.COM
646.216.8300x105

December 8, 2022

**VIA ECF**

Honorable Michael A. Shipp
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

      **RE:**    1985 Rutgers Solar, LLC v. Trina Solar (U.S.) Inc., et al.
                Docket No. 3:22-cv-06689-MAS-TJB

Dear Judge Shipp:

      Our firm represents defendants Trina Solar (U.S.) Inc. and Trina Solar Co. Ltd. in the above-captioned matter.

      We are submitting herewith a Stipulation and Consent Order, which would extend the defendants' time to respond to the Complaint to December 23, 2022.

      This is the second request for an extension of time. We previously filed an application for a Clerk's Order extending time to answer, which was granted on November 22, 2022.

      We respectfully request that the attached Stipulation and Consent Order be "so ordered" at the Court's convenience. We thank the Court for its time and attention to this matter.

      Very truly yours,
      Mazzola Lindstrom LLP

      _____
      Ruofei Xiang

cc (via email w. encl.): Jeffrey P. Resnick, Esq.
                        David A. Ciarlo, Esq.
                        Ryan D. Class, Esq.

1350 Avenue of The Americas, Second Floor, New York, New York 10019
1999 Avenue of The Stars, Suite 1100, Los Angeles, California 90067
www.mazzolalindstrom.com