

Jeffrey P. Resnick, Esquire
Direct Dial 856.661.2085
Direct Fax 856.661.2080
jresnick@shermansilverstein.com

May 31, 2023

**VIA ECF**
Honorable Tonianne J. Bongiovanni
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 6052 - 402 E. State Street
Trenton, NJ 08608

      Re:    **1985 Rutgers Solar, LLC v. Changzhou Trina Solar Energy Co., Ltd. and Trina Solar (U.S.), Inc.**
              **United States District Court of District of New Jersey**
              **Case No.: 3:22-cv-06689-RK-TJB**

Dear Judge Bongiovanni:

      I represent the plaintiff in the above matter and write in response to the Court's March 14, 2023 Order requiring a status update on this litigation. This matter has not settled but there has been some progress. Defendants provided a framework settlement proposal. Plaintiff, while in the process of evaluating the proposal, has advised defendants of a particular concern with an aspect of the proposal.

      While I am hopeful that we will be able to resolve this matter sooner rather than later, I ask that the Court consider entering a discovery order so we can proceed with the litigation while we continue to work through defendant's settlement proposal.

      I am available at Your Honor's convenience should you wish to discuss. Thank you for your attention to this matter.

                                          Respectfully,

                            SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.
                                    A Professional Corporation

                                          *s/Jeffrey P. Resnick*

                                        JEFFREY P. RESNICK

JPR/jr
cc:    Ruofie Xiang, Esquire (via ECF and e-mail)
        David A. Ciarlo, Esquire (via ECF and e-mail)
        Ryan D. Class, Esquire (via ECF and e-mail)

308 Harper Drive, Suite 200 • Moorestown, NJ 08057 • T: 856.662.0700 • F: 856.662.0165 • shermansilverstein.com
11 Bala Avenue • Bala Cynwyd, PA 19004 • T: 215.923.2513

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.