# MAZZOLA LINDSTROM LLP

Ruofei Xiang
Ruofei@mazzolalindstrom.com
646.215.8300 x 105

July 7, 2023

**VIA ECF**
Honorable Tonianne J. Bongiovanni
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 6052 – 402 E. State Street
Trenton, NJ 08608

RE: **1985 Rutgers Solar, LLC v. Changzhou Trina Solar Energy Co., Ltd. and Trina Solar (U.S.), Inc.**
**Case No.: 3:22-cv-06689-RK-TJB**

Your Honor:

We represent Defendants Trina Solar (U.S.), Inc. and Trina Solar Co., Ltd. f/k/a Changzhou Trina Solar Energy Co., Ltd. ("Defendants") and write in response to the Court's June 1, 2023 Text Order (ECF No. 18). Counsel for Defendants and counsel for Plaintiff 1985 Rutgers Solar, LLC ("Plaintiff") have conferred and submit the following joint status update regarding settlement discussions.

On June 1, 2023, counsel for Defendants emailed counsel for Plaintiff to inquire whether Plaintiff had any further questions on Defendants' initial settlement proposal.[1] Plaintiff's counsel replied on June 13, 2023 with two settlement options to which Plaintiff would be amenable. Counsel for Defendants replied to this message on June 26, 2023 with a proposal, and requested that Plaintiff's counsel "[p]lease let me know if this resolution is acceptable to Rutgers or if you would like to further discuss." The parties are scheduling a meeting to further discuss settlement options. Plaintiff's counsel responded in a June 26, 2023 email "Thanks- I'll get back to you."

Given the parties' ongoing settlement discussions, the parties maintain that judicial economy will be best served by allowing the parties to continue their settlement discussions unimpeded by the need to serve and respond to discovery requests. The parties have each participated in the settlement negotiation process actively and in good faith, and intend to see the settlement process through either to a successful resolution of the parties' dispute, or to a determination that no settlement is possible. Accordingly, the parties respectfully request that the Court allow an additional month for settlement negotiations to take place and maintain the status quo through and including August 7, 2023, without imposing a discovery order.

---

[1] This original proposal was discussed in Defendants' letter to the Court dated May 31, 2023 (ECF No. 17).

    Thank you for your attention to this matter. We are available at Your Honor's convenience should you wish to discuss.

                Sincerely,
                Mazzola Lindstrom LLP

                *[signature]*
                _____
                Ruofei Xiang
                1350 Avenue of the Americas
                Second Floor
                New York, New York 10019
                646.216.8300 x 105
                Ruofei@mazzolalindstrom.com

MAZZOLA LINDSTROM LLP